

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-19-00647-CR

Reynaldo **POLENDO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-9032
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Debra Doolittle's Notification of Late Record is hereby GRANTED. The reporter's record is due no later than April 11, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court